United States District Court
Southern District of Texas
**ENTERED**
September 14, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ANA MURILLO, § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL NO. B-16-049 |
| § | |
| RELIANCE STANDARD LIFE § | |
| INSURANCE CO.; DENISE PHILLIPS; § | |
| AMERICAN FAMILY LIFE INSURANCE, § | |
| Defendants. § | |

# ORDER

On August 10, 2016, the United States Magistrate Judge filed a Report and Recommendation [Doc. No. 23]. No objections have been lodged by either side and the time for doing so has expired.

Having reviewed the Report and Recommendation for plain error and having found none, it is the opinion of the Court that the Magistrate Judge's Report and Recommendation [Doc. No. 23] is hereby adopted. Therefore, Plaintiff Ana Murillo's motion to remand [Doc. No. 7] is denied.

Signed this 14th day of September, 2016.

Andrew S. Hanen
United States District Judge