IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ANA MURILLO, | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-16-049 |
| | § | |
| RELIANCE STANDARD LIFE INSURANCE, | § | |
| COMPANY , ET AL., | § | |
| Defendants. | § | |

# ORDER

On March 22, 2017, the United States Magistrate Judge filed a Report and Recommendation [Doc. No. 31]. No objections have been lodged by either side and the time for doing so has expired.

Having reviewed the Report and Recommendation for plain error and having found none, it is the opinion of the Court that the Magistrate Judge's Report and Recommendation is hereby adopted. Therefore, Defendant American Family Life Assurance Company of Columbus' Motion for Summary Judgment [Doc. No. 26] is granted and any claims against Denise Phillips are hereby dismissed without prejudice for failure to timely effectuate service.

Signed this 10th day of April, 2017.

Andrew S. Hanen
United States District Judge